# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>Hector Manuel MARRUFO Tostado,<br><br>Defendant. | Case No.: '24 MJ0106<br><br>COMPLAINT FOR VIOLATION OF<br><br>Title 21 U.S.C. §§ 952 and 960<br>Importation of a Controlled Substance<br>(Felony) |

The undersigned complainant being duly sworn states:

On or about January 13, 2024, within the Southern District of California, Hector Manuel MARRUFO Tostado did knowingly and intentionally import a mixture and substance containing a detectable amount of methamphetamine, a Schedule II Controlled Substance, into the United States from a place outside thereof, in violation of Title 21, United States Code, Sections 952 and 960.

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

_____
Special Agent Ishmael Selga
Homeland Security Investigations

Sworn and attested to under oath by telephone, in accordance with Federal Rule of Criminal Procedure 4.1, this 16th day of January 2024.

_____
Hon. Valerie E. Torres
United States Magistrate Judge

## PROBABLE CAUSE STATEMENT

I, Special Agent Shawn Doyle, declare under penalty of perjury, the following is true and correct:

On January 13, 2024, at approximately 0445 hours, Hector Manuel MARRUFO Tostado, ("MARRUFO"), a Mexican Citizen, applied for entry into the United States from Mexico through the Otay Mesa POE in vehicle lane #5. MARRUFO was the driver, sole occupant, and registered owner of a 2007 Chevrolet Cheyenne ("the vehicle") bearing Mexican license plates.

A Customs and Border Protection Officer (CBPO) received two negative Customs declarations from MARRUFO. MARRUFO stated he was crossing the border to go to San Diego, California. The CBPO inspected the vehicle and observed that the spare tire felt hard. The vehicle was referred for further inspection.

A CBPO operating the Z-Portal X-Ray machine detected anomalies in the bed and spare tire of the vehicle.

A Canine Enforcement Team was conducting secondary inspection operations when the Human and Narcotic Detection Dog alerted to the bed of the vehicle.

Further inspection of the vehicle resulted in the discovery of 144 packages concealed in the bed and spare tire of the vehicle, with a total approximate weight

of 89.82 kgs (198 lbs). A sample of the substance contained within the packages field tested positive for the characteristics of methamphetamine.

MARRUFO was placed under arrest at approximately 0630 hours.

During a post-Miranda interview, MARRUFO admitted that he was going to be paid $3500 USD to smuggle the narcotics into the United States. MARRUFO claimed to be driving the narcotics to Fontana, California.

MARRUFO was arrested and charged with a violation of Title 21, United States Code, 952 and 960, importation of a controlled substance.

Executed on January 13, 2024, at 2100 hours,

Shawn Doyle, HSI Special Agent

On the basis of the facts presented in this probable cause statement consisting of 2 pages, I find probable cause to believe the defendant, Hector Manuel MARRUFO Tostado, named in this probable cause statement, committed the offense on January 13, 2024, in violation of Title 21 USC 952 and 960, Unlawful Importation of a Controlled Substance.

2

_____  
Hon. Valerie E. Torres  
United States Magistrate Judge

10:06 PM, Jan 13, 2024  
_____  
Date/Time

3